UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANUEL PRIETO,

            Plaintiff,

-v-

PORT AUTHORITY TRANS-HUDSON CORP.,

            Defendant.

CIVIL ACTION NO.: 24 Civ. 8172 (JMF) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the telephone status conference scheduled for today, **July 22, 2025, at 3:00 p.m. ET** is rescheduled to the same date at **5:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:      New York, New York
              July 22, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge